UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUNCAN MARSHALL LIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, Commissioner of the ) <br> Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. C10-1291-JLR-BAT <br><br> **REPORT AND RECOMMENDATION** |

Duncan Marshall Light brought an action seeking review of the denial of his application for disability insurance benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 17.

Specifically, the parties stipulate that on remand, the Administrative Law Judge ("ALJ") will hold a de novo hearing and plaintiff may raise any issue. The ALJ will (1) evaluate or reevaluate all medical source evidence of record, including the opinions and any treatment of records of Allan G. Fitz, Ph.D., Anselm Parlatore, M.D., Bruce Eather, Ph.D., Brent Whitehead, M.D., Mark Heilbrun, M.D., Robert Hoskins, M.D., and Kerry Bartlett, Ph.D.; (2) evaluate or reevaluate "other source" evidence of record, including the opinions and any treatment records Michelle Gibson, ARNP, and Naomi Rudo, M.A.; (3) reevaluate the severity of the claimant's

REPORT AND RECOMMENDATION – 1

medical impairments; (4) perform a new listings analysis; (5) reevaluate the credibility of the claimant's subjective complaints; (6) reevaluate the claimant's residual functional capacity; and (7) complete the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary.

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 1st day of March, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2